# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152383

RUBEN CASTRO and CHRISTY CASTRO,
      Plaintiffs-Appellees,

v

                                     SC: 152383
                                     COA: 316639

JAMES ALAN GOULET, MD and
JAMES ALAN GOULET, MD, PC,
         Defendants-Appellants,

                                     Washtenaw CC: 13-000138-NH

and

STEPHEN R. TOLHURST, MD,
        Defendant.
_____/

      On order of the Court, the application for leave to appeal the August 20, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the filing of a motion for an extension of time to file an affidavit of merit, which is subsequently granted, is sufficient to toll the statute of limitations. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016



                              Clerk

d0607